**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>**April Merchant, et al.**</u>

    v.                                                    Case No. 20-cv-569-LM

<u>**Federal Home Loan**</u>
<u>**Mortgage Corporation, et al.**</u>

<u>**MEDIATION REPORT**</u>

    The parties successfully resolved the case following a mediation

held on March 28, 2022. An appropriate agreement for entry of judgment

or stipulation for dismissal is to be filed within thirty (30) days.

LR 41.1.

    **SO ORDERED.**

                                      _____
                                      Andrea K. Johnstone
                                      United States Magistrate Judge

March 29, 2022

cc:  Craig Thomas McMahon
     Michael K. O'Neil
     Thomas J. Pappas
     C. Charles Townsend
     Peter G. Callaghan
     Amy B. Hackett
     Michael R. Stanley